UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN M. MONTFORD,<br>WINIFRED WORSHAM,<br>RICHARD TURNER,<br>LAFONZA TOWNS,<br>ALDWIA TOOKES,<br>DAVID COLBERT,<br>JAMIE KENNINGTON,<br>and JEREMY KENNINGTON,<br>individually and on behalf of all others<br>similarly situated who consent to their<br>inclusion in a collective action,<br><br>               Plaintiffs,<br><br>v.<br><br>FORESTRY MANAGEMENT<br>SERVICE, LLC and BRANDAN<br>SPILLERS,<br><br>               Defendants. | Case No. 5:18-cv-00019-MTT |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This case involves a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, brought by the Plaintiffs John Montford, David Colbert, King Colbert, Bobby Day, Joe Fowler, James Gardner, Derrick Gibson, Stephen Giddens, Alphonso Harris, Cedric Howell, Dolphus Joiner, Jermaine Joseph, Jamie Kennington, Jeremy Kennington, Gregory Marshall, Nudis Ogletree, Isaac Stewart, Aldwia Tookes, Lafonza Towns, Maurice Troutman, Richard Turner, Isiah Walden, Earnest Walker, Ross Washington, and Winifred Worsham ("Plaintiffs"), against Defendants Forestry Management Service, LLC ("Defendant FMS") and Brandan Spillers ("Defendant Spillers") (collectively "Defendants"). The Parties have reached

an agreement to resolve all claims in this case and seek approval of the FLSA settlement and an order of dismissal with prejudice.

Following an examination of the pleadings and terms of the settlement agreement, this Court finds that a bona fide dispute of both law and fact is involved in this litigation, including but not limited to, issues of liability and the amount of compensation due, if any. Having reviewed the terms of the settlement agreement that has been agreed upon by the Parties, this Court finds that the settlement terms proposed by the Parties are fair and equitable to all involved and that their agreement is a fair and reasonable resolution of the bona fide dispute. Therefore, the Court approves the settlement; and the Parties are hereby ordered to finalize the settlement through the exchange of consideration.

Based upon this resolution by the Parties, all claims Plaintiffs have or may have arising out of or relating to this lawsuit, including but not limited to, any claims by Plaintiffs under the FLSA for minimum wages, overtime, attorneys' fees, costs, expenses or other relief, award or damages, are hereby resolved and DISMISSED WITH PREJUDICE.

SO ORDERED, this 7th day of May, 2019.

S/Marc T. Treadwell

**MARC T. TREADWELL, JUDGE**
**UNITED STATES DISTRICT COURT**