IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHN M. MONTFORD, WINIFRED WORSHAM, RICHARD TURNER, LAFONZA TOWNS, ALDWIA TOOKES, DAVID COLBERT, JAMIE KENNINGTON, and JEREMY KENNINGTON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action.**, <br><br> Plaintiffs, <br> v. <br><br> **FORESTRY MANAGEMENT SERVICE, LLC and BRANDAN SPILLERS** <br><br> Defendants. | * <br> * <br> Case No.  5:18-CV-19-MTT <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 7, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of May, 2019.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk